UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JIMMY HENDRIX, and
SEAN HAZER,
individually and on
behalf of all similarly
situated individuals,

        Plaintiff,

v.                                              Civil No. 2:16cv394

MOBILELINK VIRGINIA, LLC, and
MOBILELINK USA,

        Defendants.

## ORDER

This matter is before the Court on the parties' joint motion for settlement approval, ECF No. 16, and Plaintiff's motion for attorney's fees and costs, ECF No. 17. On June 26, 2017, pursuant to the Court's Memorandum Order entered on May 26, 2017, Plaintiff filed a supplemental memorandum in support of the joint motion for settlement approval together with a new settlement agreement. ECF No. 20.

Based upon the agreed settlement terms stated by Plaintiff in his supplemental memorandum, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA") and fully consistent with the terms and purposes of the FLSA.

The Court hereby **GRANTS** the parties' joint motion for settlement approval, ECF No. 16, and **APPROVES** the parties' proposed settlement agreement attached to Plaintiff's supplemental memorandum in support, ECF No. 20-1. As part of the settlement approval, the Court **GRANTS** Plaintiff's motion for attorney's fees in the amount of **$3,160** and reimbursement of **$400** in costs, ECF No. 17, based upon the amounts requested in Plaintiff's supplemental memorandum, ECF No. 20.

As the settlement agreement provides for the release of the claims between the parties, this Court further **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ MSD
Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June 29, 2017